IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rafael Armando Arvizu,<br><br>  Plaintiff,<br><br>vs.<br><br>Acting Commissioner of the Social Security Administration,<br><br>  Defendant. | No. CV 21-28-TUC-JAS (LCK)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Kimmins. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Kimmins' recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Kimmins' Report and Recommendation (Doc. 45) is accepted and adopted. The motion for attorney's fees (Doc. 36) is granted; Defendant shall pay $11,939.12 in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Pursuant to the assignment of fees in the Plaintiff's fee agreement, the government

shall pay the fee award, minus any offset, payable to Plaintiff, care of counsel's office. The Commissioner shall determine whether Plaintiff owes a debt to the government and, if the Acting Commissioner of Social Security (1) determines upon effectuation of the Court's Equal Access to Justice Act fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti Assignment Act, the fees shall be made payable to Plaintiff's attorney, Mark Caldwell.

(2) The Clerk of the Court shall enter a judgment in accordance with this Order.

Dated this 21st day of February, 2023.

Honorable James A. Soto
United States District Judge